Requests GRANTED. Defendant Brandon Byrne shall answer or otherwise respond to the Complaint by **October 19, 2026**. The initial pretrial conference on September 29, 2026, shall be held remotely, via Microsoft Teams. The parties will receive log-in credentials at the email addresses listed on the docket. A public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 826 625 721#. The Clerk of Court is respectfully directed to close the motion at Dkt. 39.

Dated: September 21, 2026
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

Brandon Byrne
1077 Rudgear Road
Walnut Creek, CA 94596
Tel: 310-270-6291
brandon.byrne@gmail.com
*Defendant, pro se*

September 16, 2026

**VIA EMAIL TO THE PRO SE INTAKE UNIT**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Orea v. Opera Event, Inc., et al.*, No. 1:26-cv-03194-JLR (S.D.N.Y.)**
**Notice of Plaintiff's Consent to Pending Requests**

Dear Judge Rochon:

I write to update the Court on my two letters of September 16, 2026, which requested (1) a thirty-day extension of my time to answer or otherwise respond to the Complaint, and (2) permission to appear by telephone or videoconference at the September 29, 2026 initial pretrial conference. When I submitted those letters, Plaintiff's counsel had not yet responded to my requests for consent.

Plaintiff's counsel has since responded. By email of September 16, 2026, Plaintiff's counsel confirmed that Plaintiff **consents to both requests**. I apologize to the Court for any inconvenience caused by the sequencing of my earlier submissions; I sent them before allowing counsel a reasonable time to respond, and I will avoid doing so in the future.

I have also consented to service of papers by email pursuant to Rule 5(b)(2)(E) and have submitted the Court's Consent to Electronic Service form.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Brandon Byrne
Brandon Byrne
Defendant, *pro se*

cc (by email):
Max Burwick, Esq. and Rylan Maksoud, Esq., Burwick Law, PLLC (*Counsel for Plaintiff*)
Rachel Trouba, Esq., Dannielle M. Campbell, Esq., Truman Stephens, and Nicholette N. Prince, Vedder Price P.C. (*Counsel for Defendants Bryant, Tsaio, and Espinoza*)