UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX OREA,

Plaintiff,

-against-

OPERA EVENT, INC. et al.,

Defendants.

Case No. 1:26-cv-03194 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Clerk of Court is respectfully directed to update the ECF docket in the above-captioned case to add a "*pro se*" flag to the matter, and to add the following email address for *pro se* Defendant Andrew Ringlein: aringlein@gmail.com.

Dated: October 1, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge