USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX OREA,

Plaintiff,

-v-

OPERA EVENT, INC. ET AL,

Defendants.

**ORDER**

26-CV-3194 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 29, 2026, this case was referred to the undersigned for settlement. ECF No. 60.

A conference is scheduled on **October 20, 2026,** at **2:30 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 719 289 753#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge