USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX OREA AND JUSTIN KOENIG,

Plaintiffs,

-v-

OPERA EVENT, INC. ET AL,

Defendants.

**ORDER**

26-CV-3194 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 6, 2026 to discuss scheduling a future settlement conference. The parties advised that a settlement conference would not be productive at this time. If circumstances change, the parties should file a letter motion on the docket asking to schedule a settlement conference.

**SO ORDERED.**

Dated: November 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge