UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX OREA,

Plaintiff,

-against-

OPERA EVENT, INC. et al.,

Defendants.

Case No. 1:26-cv-03194 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 11, 2026, Defendants Erik Bryant, Matt Espinoza, and Eddie Tsiao (the "Vedder Defendants") moved for a stay of all discovery between them pending resolution of their Motion to Dismiss the First Amended Complaint. Dkt. 88. On November 16, 2026, Plaintiffs Alex Orea and Justin Koenig (the "Plaintiffs") filed a letter in opposition. Dkt. 93. On November 17, 2026, the Vedder Defendants filed a letter in response. Dkt. 94.

This matter will be heard by the Court on **December 4, 2026, at 12:00pm**. The hearing will be conducted virtually via Teams video. Parties shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 829 322 887#.

Dated: November 19, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge